IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Szyszka, Steven C | Case Number: 07 B 12880 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/10/08 | Filed: 7/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 22, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,170.00 | |
| Secured: | | 970.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,012.47 |
| Trustee Fee: | | 187.25 |
| Other Funds: | | 0.00 |
| Totals: | 3,170.00 | 3,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 3,000.00 | 2,012.47 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,096.15 | 773.21 |
| 5. | City Of Chicago | Secured | 534.34 | 197.07 |
| 6. | Washington Mutual | Secured | 1,500.00 | 0.00 |
| 7. | Washington Mutual | Secured | 4,187.75 | 0.00 |
| 8. | Capital One | Unsecured | 305.90 | 0.00 |
| 9. | Capital One | Unsecured | 519.71 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 210.17 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 4,228.33 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 895.56 | 0.00 |
| 13. | Commerce Bank | Unsecured | 1,486.49 | 0.00 |
| 14. | B-Real LLC | Unsecured | 931.23 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 107.55 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 1,677.93 | 0.00 |
| 17. | Schottler & Associates | Priority | | No Claim Filed |
| | | | $ 21,681.11 | $ 2,982.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 92.34 |
| 6.5% | 93.65 |
| 6.6% | 1.26 |
| | $ 187.25 |

Case 07-12880   Doc 45   Filed 12/10/08   Entered 12/10/08 12:05:55   Desc   Page 2 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Szyszka, Steven C | Case Number: 07 B 12880 |
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 7/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

